United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMILLIYON R. HACKETT-ADDISON,
Plaintiff,
v.
WEST COUNTY DETENTION FACILITY,
Defendant.

Case No. 25-cv-04419-JSC

**ORDER OF DISMISSAL**

On May 23, 2025, Plaintiff, a county jail inmate proceeding without representation by an attorney, filed this civil rights case under 42 U.S.C. § 1983. On the same day, the Clerk notified Plaintiff he had not paid the filing fee or filed an application to proceed in forma pauperis ("IFP"). (ECF No. 2.) The Clerk mailed Plaintiff the Court's IFP application and along with the deficiency notice, as well as a stamped return envelope and instructions for completing the application. The deficiency notice informed Plaintiff that if he did not respond within 28 days, the case would be dismissed. (*Id.*) More than 28 days have passed, and no response has been received. As Plaintiff has not paid the filing fee, completed his IFP application, requested an extension of time, or shown cause why not, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 4, 2025

JACQUELINE SCOTT CORLEY
United States District Judge